IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00591-GPG

JOSEPH R. SNYDER,

    Plaintiff,

v.

ROBERT MANGUSO, MD,
RANDY LIND, and
BRENDAN SCHEFFER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On April 30, 2015, Applicant filed four motions. The Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 11, is denied as unnecessary. The Motion for Appointment of Counsel, ECF No. 12, is denied as premature. The Motion to Introduce Corroborating Information, ECF No. 13, and the Motion to Introduce Civil and Constitutional Rights Violations, ECF No. 14, are denied in light of the Order to Amend that is being entered separately but along with this Minute Order.

    Dated: May 1, 2015