IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00591-MJW

JOSEPH R. SNYDER,

Plaintiff,

v.

ROBERT MANGUSO,
RANDY LIND, and
RICK RAEMISCH,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Inclusion of Colorado Department of Corrections (CDOC) as a Defendant (Docket No. 26) is DENIED.

Plaintiff correctly notes that he is entitled to sue for prospective relief.  However, as noted in Judge Babcock's order dismissing CDOC from this case (Docket No. 20), such claims are brought against individuals in their official capacity rather than against state entities.  *See Ex parte Young*, 209 U.S. 123 (1908).  This lawsuit still includes claims for injunctive relief brought against officials—like the warden, Defendant Rick Raemisch—with the ability to effectuate the relief sought.  Accordingly, the case is correctly postured to accomplish Plaintiff's goals, and his motion is unnecessary.

Date: June 10, 2015