IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00591-RM-MJW

JOSEPH R. SNYDER,

Plaintiff,

v.

ROBERT MANGUSO,
RANDY LIND, and
RICK RAEMISCH,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      Absent any indication that Plaintiff's access to this Court or to an attorney is being obstructed by prison officials, it is hereby ORDERED that Plaintiff's Motion for Order (Docket No. 54) is DENIED WITHOUT PREJUDICE.

Date: September 4, 2015