IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00591-RM-MJW

JOSEPH R. SNYDER,

Plaintiff,

v.

ROBERT MANGUSO,
RANDY LIND, and
RICK RAEMISCH,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Access to Court and Attorney (Docket No. 64) is DENIED WITHOUT PREJUDICE.  Plaintiff has not indicated either (1) any reason to believe that his prison facility has interfered with his ability to appear at the regular status conferences that have been set in this case, nor (2) any reason to believe that written motions, combined with those status conferences, are inadequate for raising his concerns with the Court.  In the absence of such a showing, the Court sees no reason to interfere with the prison's operations.

Date: September 25, 2015