IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00591-RM-MJW

JOSEPH R. SNYDER,

Plaintiff,

v.

ROBERT MANGUSO,
RANDY LIND, and
RICK RAEMISCH,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Inclusion of Defendant in his Official Capacity as Warden for Monetary and Injunctive Relief (Docket No. 71) is DENIED WITHOUT PREJUDICE.  This Court has no jurisdiction to impose monetary relief on Mr. Lind in his official capacity, and he is already subject to the Complaint for purposes of injunctive relief.

     The Court notes that, in Plaintiff's motion, Plaintiff recounts some difficulty in being allowed to make the necessary copies to submit this motion to the Court with substantiation.  Counsel for Defendant is DIRECTED to file a *Martinez* report, *see Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978), explaining (1) the Arkansas Valley Correctional Facility's rules and practices on making copies of legal papers, and (2) the basis of any denials of Plaintiff's copy requests.  Counsel shall file this report on or before November 13, 2015.

Date: October 23, 2015