IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00591-RM-MJW

JOSEPH R. SNYDER,

Plaintiff,

v.

ROBERT MANGUSO,
RANDY LIND, and
RICK RAEMISCH,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby **ORDERED** that the Joint Motion to Vacate Scheduling Conference and Stay Discovery Pending Ruling on Report and Recommendation (Docket No. 84) is **DENIED.**  The mere fact that a Report and Recommendation dated September 28, 2015 (docket no. 67) is pending before Judge Moore does not by itself demonstrate "good cause" to merit a stay of the proceedings.  Moreover, it appears that regardless of Judge Moore's ruling on the Report and Recommendation, discovery (at some level) will need to be conducted.  Lastly, it appears that the Report and Recommendation is ripe for ruling and that no objections have been filed concerning the Report and Recommendation.

Date: January 11, 2016